FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  PLAINTIFF  v.  Pena M. Howard  DEFENDANT(S). | CASE NUMBER  SACR 11-216  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Thursday Nov 10__, __2011__, at __11:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
(Other custodial officer)

Dated: __11/9/11__

_____
U.S. District Judge/Magistrate Judge